In the Matter of the Estate of GEORGE L. BOURNE, Deceased. STATE OF FLORIDA et al., Appellants; STATE TAX COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Argued October 9, 1944; decided November 16, 1944.

*Robert P. Smith, Ione P. Barrett* and *John H. Wahl* for State of Florida, appellant.

*Burton C. Meighan, Jr.,* and *Hunter Meighan* for Kay Bourne Walker and Frances Bourne Clarke, appellants.

*Ralph A. McClelland, Thomas F. Croake* and *Silas S. Clark*, Special Guardian for Lewis Howard Williams, Wesley Francis Williams and Michael Clark, Infants, appellant.

*Mortimer M. Kassell* and *Herman Cohen* for State Tax Commission, respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.